IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CARLOS JOHNSON
ADC #655088                                                                                       PETITIONER

v.                                        CASE NO. 5:16-cv-00246 BRW-JTK

WENDY KELLEY, *Director*
Arkansas Department of Correction                                                  RESPONDENT

## **ORDER**

Petitioner is directed to either (1) pay the $5.00 filing fee in full;[1] or (2) file a properly completed Application to Proceed *In Forma Pauperis* that includes a Prisoner Trust Fund Calculation Sheet. Failure to timely and properly comply with this Order could result in the dismissal of this habeas action, without prejudice, pursuant to Local Rule 5.5(c)(2).[2]

IT IS THEREFORE ORDERED that the Petitioner, no later than November 14, 2016, either (1) pay the $5.00 statutory filing fee in full; or (2) file a properly completed Application to Proceed *In Forma Pauperis*. The Clerk is directed to forward Petitioner an IFP application.

SO ORDERED this 13th day of October, 2016.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] Any payment Petitioner sends to the Court must clearly indicate that it is for payment of the filing fee in *Johnson v. Hobbs*, Case No. 5:16-cv-00246 BRW-JTK.

[2] Local Rule 5.5(c)(2) provides that "[i]t is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently. A party appearing for himself/herself shall sign his/her pleadings and state his/her address, zip code, and telephone number. *If any communication from the Court to a pro se plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice*. Any party proceeding *pro se* shall be expected to be familiar with and follow the Federal Rules of Civil Procedure." (Emphasis added.)