**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**CARLOS JOHNSON
ADC# 655088**                                                           **PETITIONER**

vs.                  Case No. 5:16-cv-00246 BRW-JTK

**WENDY KELLEY,** *Director*                                    **RESPONDENT**
**Arkansas Department of Correction**

**ORDER**

On August 5, 2016, Petitioner filed the instant habeas petition. On October 13, 2016, the Court directed Plaintiff no later than November 14, 2016 to either pay the $5 statutory filing fee or complete an Application to Proceed In Forma Pauperis. The case docket indicates that all mail sent to Petitioner has been returned undeliverable. This Court's attempt to locate Petitioner via the Arkansas Department of Corrections (ADC) inmate search has yielded no results to queries by ADC number or by name.

Local Rule 5.5(c)(2) requires pro se parties to notify the Court of any changes to his or her address. If any communication from this Court is not responded to within thirty (30) days, the case may be dismissed without prejudice. Petitioner has not notified the Court of any changes to his address and the Court has been unable to locate Petitioner. Therefore, the petition for writ of habeas corpus (DE #1) is dismissed without prejudice. No certificate of appealability will issue. 28 U.S.C. § 2253(c)(1) & (2).

IT IS SO ORDERED this 20th day of December, 2016.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE